**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00427-CV

**NERIUM INTERNATIONAL, LLC, Appellant**

**V.**

**SUNNY KUM SUN AND RIUM, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02357-F**

## ORDER

Appellant Nerium International requested the district clerk to prepare a clerk's record including any findings of fact and conclusion of law. The record before us does not contain the trial court's April 10, 2013 findings of fact and conclusion of law. Consequently, the district clerk is **ORDERED** to file a supplemental record containing the trial court's findings within seven (7) days of the date of this order.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
PRESIDING JUSTICE